IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL NO: 2:18-mn-2873-RMG <br><br> NOTICE OF APPEARANCE FOR PLAINTIFFS <br><br> This document relates to cases: <br> 2:22-cv-00198 <br> 2:22-cv-00205 <br> 2:22-cv-00199 <br> 2:22-cv-00197 <br> 2:22-cv-00196 <br> 2:22-cv-00195 <br> 2:22-cv-00194 <br> 2:22-cv-00252 |

PLEASE TAKE NOTICE that the undersigned attorney, Tate J. Kunkle enters this Notice of Appearance for Plaintiffs in the above-referenced litigation. Per Case Management Order No. 1, Mr. Kunkle is authorized to practice in the United States District Court for the District of South Carolina because he is duly admitted to practice before at least one other United States District Court—The United States District Court for the Southern District Court of New York among others. This Notice of Appearance is for the following case:

| | Case Name | Docket No. |
|---|---|---|
| 1. | The City of Rock Island, Illinois v. 3M Company et. al. | 2:22-cv-00198 |
| 2. | The Township of Verona, New Jersey v. 3M Company et. al. | 2:22-cv-00205 |
| 3. | The Southeast Morris County Municipal Utilities Authority v. 3M Company et. al. | 2:22-cv-00199 |
| 4. | The Town of Hopedale, Massachusetts v. 3M Company et. al. | 2:22-cv-00197 |
| 5. | The City of Garfield, New Jersey v. 3M Company et. al. | 2:22-cv-00196 |
| 6. | The City of East Moline, Illinois v. 3M Company et. al. | 2:22-cv-00195 |
| 7. | The Village of Cary, Illinois v. 3M Company et. al. | 2:22-cv-00194 |

| 8. | Village of Lake in the Hills, Illinois v. 3M Company et. al. | 2:22-cv-00252 |

Dated: April 27, 2022

Respectfully submitted,

Tate J. Kunkle
DOUGLAS & LONDON, P.C.
59 Maiden Ln, 6th Fl,
New York, NY 10038
Telephone: (212) 566-7500
tkunkle@douglasandlondon.com