# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG **This document relates to:** See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"), Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco, Chemguard, ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public Water Systems and Tyco dated April 12, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

1

| | |
|---|---|
| Dated:  May 22, 2025 | Respectfully submitted, |

/s/ Tate J. Kunkle                                  
 Gary J. Douglas  
 Michael A. London  
 Rebecca G. Newman  
 Tate J. Kunkle  
 DOUGLAS & LONDON, P.C.  
 59 Maiden Ln, 6th Fl  
 New York, NY 10038  
 Telephone: (212) 566-7500  
 gdouglas@douglasandlondon.com  
 mlondon@douglasandlondon.com  
 rnewman@douglasandlondon.com  
 tkunkle@douglasandlondon.com  

*Counsel for Plaintiffs Listed on Exhibit A*

/s/ David E. Dukes                           
David E. Dukes  
Nelson Mullins Riley & Scarborough LLP  
1320 Main Street / 17th Floor  
Post Office Box 11070 (29211-1070)  
Columbia, SC 29201  
(803) 799-2000  
david.dukes@nelsonmullins.com  

*/s/ Liam J. Montgomery*                        
Liam J. Montgomery  
WILLIAMS & CONNOLLY LLP  
680 Maine Ave SW  
Washington, DC 20024  
(202) 434-5000  
lmontgomery@wc.com  

*Counsel for Defendants Tyco Fire Products LP and Chemguard, Inc.*

 */s/ Jonathan B. Blakley*  
 Jonathan B. Blakley  
 Gordon Rees Scully Mansukhani  
 One North Wacker, Suite 1600  
 Chicago, IL 60606  
 (312) 619-4915  
 jblakley@grsm.com  

 *Counsel for ChemDesign Products Inc.*